UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                             Case No: 06-13429
                                                Honorable Victoria A. Roberts

LUTHER JAMES MCCASKILL,

    Defendant.
_____/

ORDER

The Court received Defendant McCaskill's Reply to Order, Renewal of Motions with Clarification and Incorporated Brief (Doc. #13).

The Court considers this a Motion for Reconsideration. Defendants' motion presents the same issues already ruled on by the Court. Further, Defendant failed to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

For the reasons stated above, Defendants' motion is **DENIED**.

                                                /s/ Linda Vertriest
                                                Victoria A. Roberts
                                                United States District Judge

Dated: September 15, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Luther McCaskill by electronic means or U.S. Mail on September 15, 2006.

s/Linda Vertriest
Deputy Clerk